United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUNITHA GUNTIPALLY,

    Plaintiff,

  v.

USA,

    Defendant.

Case No. 3:21-cv-03304-WHO

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to 3:16-cr-00189-JSC-1.

**IT IS SO ORDERED.**

Dated: April 18, 2022



WILLIAM H. ORRICK
United States District Judge