UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>SUNITHA GUNTIPALLY,<br>　　　　Defendant.<br><br>SUNITHA GUNTIPALLY,<br>　　　　Plaintiff,<br>　　v.<br>UNITED STATES OF AMERICA,<br>　　　　Defendant. | Case Nos.　16-cr-00189-JSC-1<br>　　　　　　　21-cv-03304-JSC<br><br>**ORDER DENYING MS. GUNTIPALLY'S SUCCESSIVE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 468 |

　　Ms. Sunitha Guntipally moves for successive reconsideration of the Court's denial of her request for a certificate of appealability of a prior order denying her 28 U.S.C. § 2255 motion to vacate, set aside or correct her sentence. (Dkt. No. 468.)[1] Following the Ninth Circuit's decision in *United States v. Patnaik*, 125 F.4th 1223 (9th Cir. 2025), the Court denied Ms. Guntipally's motion. (Dkt. No. 467.) Ms. Guntipally does not present new law or facts that support reconsideration, so, for the reasons set forth in the Court's January 14, 2025 Order, her motion is DENIED.

---

[1] Record citations are to material in the Electronic Case File ("ECF") number 16-cr-00189-JSC-1; pinpoint citations are to the ECF-generated page numbers at the top of the documents. Ms. Guntipally filed this motion under her criminal docket 16-cr-00189-JSC-1, but this motion relates to her Habeas petition, 21-cv-03304-JSC.

This Order disposes of Docket No. 468 in Case No. 16-cr-00189-JSC-1.

**IT IS SO ORDERED.**

Dated: May 22, 2025

JACQUELINE SCOTT CORLEY
United States District Judge